UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:04-CR-80-DBH |
| ) | |
| ABDEL DESVARIEUX, ) | |
| ) | |
| DEFENDANT ) | |

ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT
OF COUNSEL AND FOR SENTENCE REDUCTION

The defendant recently filed a motion requesting appointment of counsel to seek a sentence reduction under Amendment 782 of the Sentencing Guidelines affecting drug quantity. I treat it as a request to appoint counsel and reduce sentence. As I stated in my Order of March 6, 2008, on his earlier motion seeking reduction on account of the crack cocaine sentencing reductions, when I sentenced this defendant in 2004, "I found him to be a career offender under Guideline 4B1.1," and "[d]rug quantity did not affect determination of that Guidelines range." Order on Def.'s Mot. to Reduce Sentence (ECF No. 39). The same reasoning explains why the defendant does not benefit by Amendment 782 changing the drug quantity calculations. The motion is **DENIED**.

SO ORDERED.

DATED THIS 29TH DAY OF JULY, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE